UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jacquez Taylor                                              Docket No. 7:21-CR-23-1BO

### Petition for Action on Supervised Release

COMES NOW Haley Huntley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacquez Taylor, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 17, 2021, to the custody of the Bureau of Prisons for a term of 38 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. He was released from custody on January 26, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On January 31, 2024, the defendant committed the offense of Misdemeanor Shoplifting Concealment of Goods in Cumberland County, North Carolina (24CR703038). He received a citation at Walmart after failing to pay for items in his cart. As a result, the probation office respectfully recommends that the term of supervised release be modified to include a location monitoring condition and that he be ordered to complete 120 days of home detention with RF technology. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall abide by all conditions and terms of the home detention program for a period not to exceed 120 consecutive days. The defendant shall be restricted to his residence at all times except for pre-approved and scheduled absences for employment, education, religious activities, treatment, attorney visits, court appearances, court obligations or other activities as approved by the probation officer. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Haley Huntley<br>Haley Huntley<br>U.S. Probation Officer<br>150 Rowan Street Suite 110<br>Fayetteville, NC 28301<br>Phone: 910-354-2533<br>Executed On: February 6, 2024 |

Jacquez Taylor
Docket No. 7:21-CR-23-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this ___6___ day of ___Feb___, 2024, and ordered filed and made a part of the records in the above case.

___/s/ Terrence W. Boyle___
Terrence W. Boyle
United States District Judge