UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jacquez Taylor            Docket No. 7:21-CR-23-1BO

### Petition for Action on Supervised Release

COMES NOW Haley Huntley, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jacquez Taylor, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), was sentenced by the Honorable Terrence W. Boyle, United States District Judge, on November 17, 2021, to the custody of the Bureau of Prisons for a term of 38 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months. He was released from custody on January 26, 2024, at which time the term of supervised release commenced.

On February 6, 2024, a Petition for Action was submitted to the court advising that the defendant committed the offense of Misdemeanor Shoplifting Concealment of Goods in Cumberland County, North Carolina (24CR703038). That matter remains pending in state court. The defendant's conditions of supervised release were modified to include the addition of a location monitoring condition for a period of 120 days.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On March 4, 2024, the defendant submitted a urine sample that tested positive for marijuana. When confronted with the positive result, he denied smoking marijuana. The sample was confirmed positive by the National Lab on March 11, 2024, and he again denied using marijuana. At this time, the probation office respectfully recommends that the conditions of supervised release be modified to include a drug treatment condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,          I declare under penalty of perjury that the foregoing is true and correct.

/s/ David W. Leake
David W. Leake
Supervising U.S. Probation Officer

/s/ Haley Huntley
Haley Huntley
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2533
Executed On: March 18, 2024

### ORDER OF THE COURT

Considered and ordered this _19_ day of _March_, 2024, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
United States District Judge